■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS H. HANSEN, Petitioner, v. DANIEL E. DAMON, JR., as Superintendent, Respondent.— Application, pursuant to CPLR 7002, subd. [b], par. 2), for a writ of habeas corpus denied as insufficient on its face (*People ex rel. Mullins* v. *Jackson,* 286 App. Div. 938, mot. for lv. to app. den. 309 N. Y. 1031). Judgment signed and entered. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ In the Matter of the Claim of VIRGINIA C. CHELADYN, Respondent, v. HYER CONSTRUCTION Co., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to vacate default granted; and decision of this court dated April 28, 1965, rescinded, and order entered May 3, 1965, vacated, upon the condition appellants shall file and serve, on or before October 6, 1965, record, brief and notice of argument for the term commencing November 15, 1965. (See *Matter of Levine* v. *Rosen,* 10 A D 2d 206; *Matter of Zadroga* v. *Strook & Co.,* 17 A D 2d 233; *Matter of Palker* v. *Charles E. Sell, Inc.,* 17 A D 2d 679.) Gibson, P. J., Herlihy, Reynolds, Aulisi and Hamm, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT N. WESSER and WILLIAM W. WESSER, Appellants.— Motions for permission to proceed as poor persons and assignment of counsel upon appeals from order entered in Broome County Court on April 6, 1955, denied; cross motion to dismiss appeals granted (Code Crim. Pro., § 535). Gibson, P. J., Herlihy, Reynolds, Aulisi and Hamm, JJ., concur.

■ FRED W. TUEMMLER et al., Respondents, v. MARION SYVRUD, Also Known as MARION HILLIS, Appellant.— Motion to dismiss appeal from judgment entered upon defendant's default granted, without costs. (CPLR 5511.) Cross motion for stay of enforcement of the judgment pending determination of the appeal from the order denying the motion to open such default granted, upon condition defendant continue the undertaking heretofore filed on June 4, 1965. Gibson, P. J., Herlihy, Reynolds, Aulisi and Hamm, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEIL THOMAS HOLDRIDGE, Appellant, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.— Motion for permission to proceed as a poor person and assignment of counsel upon appeal from judgment entered in Clinton County June 8, 1965, adjourned to August 16, 1965, and William R. Crotty, Esq., 150 State Street, Albany, assigned to represent appellant upon this motion. It appearing presumptively to the court from an inspection of the papers submitted upon this motion that no timely appeal was taken, appellant is directed to show cause, on the adjourned return date, why the purported appeal should not be dismissed. Herlihy, J. P., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.